

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2012

# Jose Gonzalez v. Secretary of Dept of Homeland

Precedential or Non-Precedential: Precedential

Docket No. 11-2276

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Jose Gonzalez v. Secretary of Dept of Homeland" (2012). *2012 Decisions.* Paper 1199.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1199

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 11-2276
_____

JOSE GONZALEZ,
                                            Appellant
v.

SECRETARY OF DEPT OF HOMELAND SECURITY;
MICHAEL AYTES, Acting Deputy Director
United States Citizenship and Immigration Services;
JOHN THOMPSON, District Director
United States Citizenship and Immigration Services

On Appeal from the United States District Court for the District of New Jersey
(D.C. Action No. 2:09-cv-03426)
District Judge: Honorable William J. Martini

Before: FUENTES and CHAGARES, Circuit Judges, and POGUE,[*] Judge

**ORDER AMENDING OPINION**

It appears that alien registration number contained in the caption of the precedential opinion filed on March 19, 2012 is not the alien registration number assigned to appellant Jose Gonzalez. At the direction of the Court, it is hereby

ORDERED that the caption of the opinion is hereby amended to reflect the appellant's correct alien registration number A077 638 441. It is further,

ORDERED that the Clerk shall correct this Court's docket to include the correct number as the incorrect number was carried over from the lower court's docket.
For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: March 26, 2012
PDB for TMK/ cc: All Counsel of Record

_____

[*] Hon. Donald C. Pogue, Chief Judge, United States Court of International Trade, sitting by designation.